**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00220-CR

**VERNON M. GRAVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-19018-P**

## ORDER

The Court **REINSTATES** the appeal.

On June 27, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On July 18, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the June 27, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
          JUSTICE